# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Sheldon M. Sylvester, )
)
Plaintiff, )
)
v. ) CASE NO. 23–cv- 05630-EK-ARL
)
Experian Information Solutions, Inc., )
)
Trans Union LLC )
)
Defendant. )
_____ )

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 11 2024 ★

LONG ISLAND OFFICE

## MOTION TO WITHDRAW WITHOUT PREJUDICE

I, Sheldon M. Sylvester, the plaintiff in the above-mentioned case, respectfully submit this motion to withdraw without prejudice in response to the defendants' motion to dismiss the amended complaint with prejudice. The purpose of this motion is to address the concerns raised by TransUnion LLC and Experian regarding the plaintiff's failure to plead certain elements and to preserve the opportunity to reevaluate the claims before refiling.

1. Failure to Specify Inaccuracy and Unreasonable Procedures:
The defendants assert that the plaintiff failed to plead why disputed information is inaccurate and neglected to specify which procedures were unreasonable, as required by both Section 1681e(b) and 1681i. While the plaintiff contends that the allegations in the amended complaint are sufficient, out of an abundance of caution, the plaintiff chooses to withdraw the current complaint without prejudice.

2. Cognizable Damages and FCRA Claims:
The defendants argue that the complaint fails to plead cognizable damages and that business damages are not recoverable under the FCRA. In response, the plaintiff acknowledges the defendants' concerns and opts for withdrawal without prejudice to reassess and address these issues in potential future filings.

3. Plaintiff's State Law Claims:
Recognizing the defendants' challenge to the plaintiff's state law claims, the plaintiff chooses to withdraw the current complaint without prejudice, intending to refine and amend as necessary in accordance with applicable legal standards.

In light of the above, the plaintiff respectfully requests leave to withdraw the current complaint without prejudice. This approach ensures fairness to all parties involved and allows the plaintiff the opportunity to thoroughly evaluate and address the issues raised by the defendants before

pursuing further legal action.

Thank you for considering this motion. Should the court require further clarification or information, please do not hesitate to contact me at 347-225-3501.

Dated: January 11, 2024

CC: All Defendants

Respectfully Submitted,

Sheldon M. Sylvester
Plaintiff
T: 347-225-3501