# JONES DAY

51 LOUISIANA AVENUE, N.W.  •  WASHINGTON, DC  20001.2113

TELEPHONE: +1.202.879.3939 • JONESDAY.COM

Direct Number:  +1.202.879.3687
vdorfman@jonesday.com

January 16, 2024

BY ECF
Hon. Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Hon. Arlene R. Lindsay
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722-4451

Re: *Sylvester v. Experian Information Solutions, Inc., et al.* No. 2:23-cv-5630
(E.D.N.Y.)

Defendants Experian Information Solutions, Inc. and TransUnion, LLC's Letter re
Exhibit A To Defendants' Response In Opposition To Plaintiff's Motion To Withdraw His
Amended Complaint Without Prejudice

Dear Judge Komitee and Judge Lindsay:

Defendants Experian Information Solutions, Inc. and TransUnion, LLC respectfully
request for the Court to take judicial notice of Exhibit A to Defendants' Response In Opposition
To Plaintiff's Motion To Withdraw His Amended Complaint Without Prejudice put before this
Court as a true and correct copy of the motion to dismiss served on Plaintiff Sheldon Sylvester
on December 11, 2023. The Court may take judicial notice of and rely upon these documents in
deciding Plaintiff's Motion To Withdraw His Amended Complaint Without Prejudice.

Respectfully submitted,

/s/ Victoria Dorfman
Victoria Dorfman

/s/ Camille R. Nicodemus
Camille R. Nicodemus

cc:    Plaintiff Sheldon Sylvester (by first-class mail)

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON